## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

**WENDY SOSEBEE**, *on behalf of herself and all others similarly situated,*

      Plaintiff,

v.

**EVENING POST PUBLISHING, INC.,**

      Defendant.

Case No.: 2:24-cv-04578-BHH

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Wendy Sosebee, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants Evening Post Publishing, Inc., without prejudice, each party to bear its own costs and fees.

Dated: September 2, 2025

Respectfully submitted,

*/s/ Paul J. Doolitte*
Paul J. Doolittle (SC  Fed ID #6012)
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
Email: cmad@poulinwilley.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner *
Philip J. Krzeski *
100 Washington Avenue South, Suite 1700

1

Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
Email: *bbleichner@chestnutcambronne.com*
Email: *pkrzeski@chestnutcambronne.com*

*\*Pro Hac Vice Application forthcoming*

*Counsel for Plaintiff and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Paul J. Doolittle*
Paul J. Doolittle